# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:19-cr-00109-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| SANFORD FRANKLIN YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Continue Trial Date and Continue Rule 12(b)(1)-(3) Motions Deadline [Doc. 13].

On October 1, 2019, the Defendant was charged in a Bill of Indictment with one count of knowingly possessing and accessing with intent to view any material containing an image of child pornography, all in violation of 18 U.S.C. § 2252A(a)(5)(B). [Doc. 1]. On December 30, 2019, the Defendant's initial appearance and arraignment were held, at which time the Magistrate Judge appointed counsel and calendared the case for the January 6, 2020 trail term and then, pursuant to 18 U.S.C. § 3161(c)(2), continued the case to its current setting during the March 2, 2020 trial term.

The Defendant now seeks an extension of the pretrial motions deadline and a continuance of the trial date. [Doc. 13]. As grounds, counsel states that additional time is needed to review discovery materials, including recently produced and forthcoming discovery materials. Counsel also states additional time is needed to conduct any necessary legal research and to advise the Defendant. Counsel further represents that the Government does not oppose either the requested extension of the pretrial motions deadline or the requested continuance. [Doc. 13].

The Court finds that the case should be continued. If the requested continuance were not granted, the Court finds that counsel would be denied "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

For the reasons stated herein, the ends of justice served by the granting of the continuance outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Additionally, for the reasons stated in the Defendant's motion, and for good cause shown, the Court will also grant the Defendant's request for an extension of the pretrial motions deadline.

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Continue Trial Date and Continue Rule 12(b)(1)-(3) Motions Deadline [Doc. 13] is **GRANTED**, and the above-captioned case is hereby **CONTINUED** from the March 2, 2020 term in the Asheville Division.

**IT IS FURTHER ORDERED** that the Defendant's deadline for filing pretrial motions is hereby **EXTENDED** to **March 16, 2020**.

**IT IS SO ORDERED.**

Signed: February 24, 2020

Martin Reidinger
United States District Judge